# CHRISTIAN SERVICE CHARITIES MEMBER APPLICATION
## FOR THE 2006 COMBINED FEDERAL CAMPAIGN

**Organization Name as it appears in the IRS Form 990:**
Food for the Hungry, Inc.

*(If the organization wishes to use a name that is different from the name which appears on the IRS determination letter, IRS Form 990, audited financial statements, or annual report complete next line. Official documentation from the IRS or state government authorizing the use of this name must accompany the application. The federal tax ID number must be included on documentation.)*

**Organization Name Different from IRS Form 990** *(if applicable)*:
Food for the Hungry

**Employer Identification Number:** 95-2680390

**4 Digit CFC Number** *(If a participant in the last year's CFC)*: **2044**

**Organization Street Address:** 1224 E. Washington Street     Phoenix, AZ 85034
*(Post Office Box addresses are not accepted and may result in automatic disqualification.)*

**Telephone:** (480) 998-3100       (800) 2-HUNGER

**Web Site:** www.fh.org

**Contact Person:** Carol Van De Water

**Contact Title:** Administrative Assistant

**Contact Telephone:** _____
*If different than above.*

**Contact Email Address:** carolv@fh.org

**Contact Address:** _____
*If different than above.*

**Disbursement Address For Contributions:** _____
*If different from the above address.*

## CERTIFYING OFFICIAL

I, _Gary R St John_ (Name), am the duly appointed representative of

Food for the Hungry, Inc.
*(Organization Name)*

authorized to certify and affirm all statements enclosed in this application.

06 1370

Certifying Official Signature: [signature]        Date Completed: 11/28/05

Gary St. John
*Print or Type Name*

Title: V.P. Ministry Support Services / CFO

FILED
AUG - 2 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1

CHRISTIAN SERVICE CHARITIES MEMBER APPLICATION
FOR THE 2006 COMBINED FEDERAL CAMPAIGN

## *Certification Statements*

*Org. Name:* Food for the Hungry

**Must check off each certification statement that applies to your organization and sign the last page.**

1) Place a check in the *one* appropriate box:

   **National/International Section**
   ☐ I certify that the organization named in this application provided or conducted real services, benefits, assistance, or program activities, in 15 or more different states over the three-year period immediately preceding the start of the campaign application year. **(Include as ATTACHMENT A, a schedule listing those states where the program activities have been provided over the last three (3) years and a detailed description of the activities, including the year in which those services were provided, in each state listed.)**

   **- OR -**

   **International Section**
   ☒ I certify that the organization named in this application provided or conducted real services, benefits, assistance, or program activities, in a foreign country over the three-year period immediately preceding the start of the campaign application year. **(Include as ATTACHMENT A, a schedule listing each country where program activities have been provided over the last three (3) years and a detailed description of the program activities, including the year in which those services were provided in each country listed.**

2) ☒ I certify that the Internal Revenue Service (IRS) recognizes the organization named in this application as one which is tax-exempt under 26 U.S.C. 501(c)(3) and to which contributions are tax deductible pursuant to 26 U.S.C. 170. **(Include a copy of the most recent IRS determination letter as ATTACHMENT B.** *See instructions for additional information.*

3) ☒ I certify that the the organization named in this application either has no expenses connected with lobbying or attempting to influence voting or legislation at the local, State or Federal level or that such expenses are within the extent permitted for organizations recognized as tax-exempt under 26 U.S.C. 501(c)(3).

4) ☒ I certify that the organization named in this application is a human health and welfare organization providing services, benefits, or assistance to, or conducting activities affecting human health and welfare.

5) ☒ I certify that the organization named in the application accounts for its funds in accordance with generally accepted accounting principles (GAAP). **Note: The only acceptable basis of accounting under GAAP is the accrual method. Cash basis, modified cash basis and modified accrual basis are not acceptable methods of accounting under GAAP.**

6) [X] I certify that the organization named in the application was audited in accordance with generally accepted auditing standards (GAAS) by an independent certified public accountant in the immediately preceding year. **Include a copy of the organization's *most recently completed* audited financial statements as ATTACHMENT C.** See *instructions for additional information.*

7) **Include as ATTACHMENT D a copy of the *most recently completed* IRS Form 990, including signature on page 6 in the box marked "Signature of officer." The preparer's signature alone is not sufficient.** (*NOTE: If the Internal Revenue Service does not require your organization to file the Form 990, you **must still complete** one in accordance with IRS regulations to be eligible for the CFC.*)

8) Place a check in *one* appropriate box:

   [X] I certify that the organization named in this application has spent 25% or less of its total support and revenue on administrative and fundraising expenses during the year covered by the submitted IRS Form 990. The actual percentage of administrative and fund-raising expenses is **6.8** %. This percentage has been computed from information on the IRS Form 990 by adding the amount spent on "management and general" (line 14) to "fundraising" (line 15) and dividing the resulting total by "total revenue" (line 12). No other method may be used to calculate this percentage. *(All percentages must be listed to the tenth of a percent, For example, 10.0% or 15.5%)*

   **- OR -**

   [ ] I certify that the organization named in this application has spent in excess of 25% of its total support and revenue on administrative and fundraising expenses during the year covered by the submitted IRS Form 990. The actual percentage of management, general and fundraising expenses is _____ % and this percentage is reasonable under the circumstances. *(All percentages must be listed to the tenth of a percent, For example, 10.0% or 15.5%)* **Include as ATTACHMENT E an <u>explanation</u> of the organization's management, general, and fundraising expenses and a <u>formal plan</u> to reduce these expenses to 25% or less of its total support and revenues.**

9) [X] I certify that an active and responsible governing body, whose members have no material conflict of interest and a majority of which serve without compensation, directs the organization named in this application. **Include as ATTACHMENT F a listing of the organization's board of directors, beginning and end dates of each member's term of office, and the board's meeting dates and locations for the previous year.**

10) [X] I certify that the organization named in this application prohibits the sale or lease of CFC contributor lists.

11) [X] I certify that the organization named in this application conducts publicity and promotional activities based upon its actual program and operations, that these activities are truthful and non-deceptive, include all material facts, and make no exaggerated or misleading claims.

12) [X] I certify that the organization named in this application effectively uses the funds contributed by federal personnel for its announced purposes.

13) [X] I certify that the organization named in this application is chartered/incorporated under a governmental entity. This entity or State is **CA** _____

14) ☒ I certify that the organization named in this application has in the preceding year received no more than 80 percent of its total support and revenues from government sources. (Revenue from government sources must be computed from the IRS Form 990 by dividing line 1c by line 12.)

15) ☒ I certify that the organization named in this application prepares and makes available to the public an annual report that includes a full description of the organization's activities and supporting services and identifies its directors/governing body and chief administrative personnel. **Include as *ATTACHMENT G* a copy of the most recently completed annual report.** The annual report must cover the fiscal year ending not more than 18 months prior to January of the campaign year to which the federation is applying or the preceding calendar year. A more frequently published document, such as a quarterly newsletter, may be used to meet this requirement provided that such document is available to the general public upon request and describes the organization's activities and supporting services and identifies its directors and chief administrative personnel.

16) ☒ I certify that the organization named in this application is in compliance with all statutes, Executive orders, and regulations restricting or prohibiting U.S. persons from engaging in transactions and dealings with countries, entities, or individuals subject to economic sanctions administered by the U.S. Department of the Treasury's Office of Foreign Assets Control. The organization named in this application is aware that a list of countries subject to such sanctions, a list of Specially Designated Nationals and Blocked Persons subject to such sanctions, and overviews and guidelines for each such sanctions program can be found at http://www.treas.gov/ofac. Should any change in circumstances pertaining to this certification occur at any time, the organization will notify OPM's Office of CFC Operations immediately.

*I CERTIFY THAT I HAVE READ ALL THE CERTIFICATIONS SET FORTH IN THIS DOCUMENT AND THAT BY CHECKING THE BOX NEXT TO THE STATEMENT, I ACKNOWLEDGE AND AGREE TO COMPLY WITH THAT CERTIFICATION.*

_____    11/29/05
Certifying Official's Signature (Original)    Date

Gary St. John                         V.P. Ministry Support Services/CFO
Print or Type Name                    Title