**EXHIBIT B**



UNITED STATES
OFFICE OF PERSONNEL MANAGEMENT
WASHINGTON, DC 20415-1000

OFFICE OF THE DIRECTOR

MAY 4 2006

Mr. John H. Garber III
Director of Member Services
Christian Service Charities
8001 Braddock Road, Suite 310
Springfield, VA 22151

Dear Mr. Garber:

We have completed a review of your federation's application to participate in the 2006 Combined Federal Campaign (CFC). I am admitting Christian Service Charities and 60 of the 68 member organizations included in your original list for participation in the 2006 CFC. Eight member organizations appearing on your list have been denied participation in the 2006 CFC. These are:

    Alcohol & Drug Recovery Fund
    Awana Clubs International
    CBM International
    Food for the Hungry
    Life Teen
    MOPS International
    The Navigators
    Samaritan's Purse

An explanation of the reasons for these denials appears in Attachment One of this letter. If, after reviewing the eligibility requirements for CFC (appearing at 5 CFR Part 950), you believe an error was made in reviewing these members' applications, you may appeal the denials to Dan G. Blair, Deputy Director of the Office of Personnel Management. Your appeal need only respond to the deficiencies described in Attachment One. Your appeal must be in writing and must be received within 10 business days from the date you receive this letter. Appeals should be sent to:

    U.S. Office of Personnel Management
    CFC Operations – Room 5450
    1900 E Street, NW
    Washington, DC 20415

OPM continues to experience significant delays with mail service associated with irradiating mail prior to its delivery to Federal offices. As a result, all organizations submitting an appeal are vigorously encouraged to use "next day" or "overnight delivery."

06 1370

FILED

AUG - 2 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Please note that we have found the following two members eligible. Although their administrative and fundraising rates exceed 25%, their explanation and formal plan to reduce the rate meets the requirement of 5 CFR §950.203(a)(4). They are:

    Bible League (25.2%)
    Mission Aviation Fellowship (25.2%)

We bring to your attention that Attachment A for some member organizations did not include a detailed schedule that listed the real services, benefits, assistance, or program activities provided in at least 15 different states or one foreign country and the year of service. See CFC Memorandum 2004-10 for additional information. OPM had to refer to other documents in the application to identify qualifying information. In the future, the submission of applications that do not include a schedule detailing the real services, benefits, etc. provided by the member organization will result in a denial.

Best wishes for a successful 2006 campaign!

Sincerely,

*[signature]*

Mara T. Patermaster, Director
Office of CFC Operations

Attachments

Christian Service Charities
2006 CFC Application
Attachment One

- Alcohol & Drug Recovery Fund – Attachment A of the application did not include sufficient information to support a claim that the organization provided or conducted real services, benefits, assistance, or program activities in 15 or more different states or a foreign country over the three-year period immediately preceding January 2006. The information in Attachment A shows a de minimus level of activity in a foreign country in the previous three years.

- Awana Clubs International – Attachment A of the application did not include sufficient information to support a claim that the organization provided or conducted real services, benefits, assistance, or program activities in 15 or more different states or a foreign country over the three-year period immediately preceding January 2006

- CBM International – Attachment C of the application is a consolidated audit for Christian Blind Mission International (CBMI), CBMI Foundation, and CBM Deferred Giving Trust. The audit does not contain a separate schedule for the applicant, as required by 5 C.F.R. § 950.203(a)(2). See also, CFC Memorandum 2004-10 (attached). The revenues and expenses on the IRS Form 990 and the consolidated audit do not reconcile.

- Food for the Hungry – Attachment C of the application is a consolidated audit for Food for the Hungry and Food for the Hungry Foundation. The audit does not contain a separate schedule for the applicant, as required by 5 C.F.R. § 950.203(a)(2), CFC Memorandum 2004-10 (attached), and item 6 of the application instructions.

- Life Teen, Inc. – Attachment A of the application did not include sufficient information to support a claim that the organization provided or conducted real services, benefits, assistance, or program activities in 15 or more different states or a foreign country over the three-year period immediately preceding January 2006.

- MOPS International – Attachment A of the application did not include sufficient information to support a claim that the organization provided or conducted real services, benefits, assistance, or program activities in 15 or more different states or a foreign country over the three-year period immediately preceding January 2006.

In addition, the organization's administrative and fundraising rate is 27.6%. The application did not include an adequate Attachment E. CFC eligibility regulations at 5 CFR §950.203(a)(4)(i) require submission of an explanation for an administrative and fundraising rate in excess of 25% and a formal plan to reduce the rate below 25 percent.

- The Navigators – Attachment A of the application did not include sufficient information to support a claim that the organization provided or conducted real services, benefits, assistance, or program activities in 15 or more different states or a foreign country over the three-year period immediately preceding January 2006.

- Samaritan's Purse – Attachment C of the application is a consolidated audit for Samaritan's Purse, Samaritan's Purse (Kenya), and Emmanuel Group, a 501(c)(2) entity. The audit does not contain a separate schedule for the applicant, as required by 5 C.F.R. § 950.203(a)(2), CFC Memorandum 2004-10 (attached), and item 6 of the application instructions.