**EXHIBIT C**



May 17, 2006

Dan G. Blair
Deputy Director
U.S. Office of Personnel Management
CFC Operations – Room 5450
1900 E Street, NW
Washington, DC 20415

Dear Mr. Blair,

Christian Service Charities received notice of the acceptance of our organization as a participating federation in the 2006 Combined Federal Campaign on May 5, 2006. In this same correspondence we were informed that a longstanding member organization, Food for the Hungry was denied participation based upon the following grounds:

> "*Food for the Hungry* — *Attachment C of the application is a consolidated audit for Food for the Hungry and Food for the Hungry Foundation. The audit does not contain a separate schedule for the applicant, as required by 5 C.F.R. § 950.203(a)(2), CFC Memorandum 2004-10 (attached), and item 6 of the application instructions.*"

In accordance with the Combined Federal Campaign regulations (5 CFR 950) Section 950.205, we respectfully request your reconsideration of this determination.

Christian Service Charities provided the complete application of Food for the Hungry as part of our federation application for the 2006 Combined Federal Campaign. Included with this application was the complete Audit for the fiscal period ending September 30, 2004, which is attached.

06 1370

The audit is a consolidated financial statement for Food for the Hungry, Inc. which is described in the Notes to Consolidated Financial Statements, section 2) Summary of Significant Accounting Policies, Principles of Consolidation. The organization is treated as one organization in the Audit and in the IRS Form 990 (and these documents reconcile with each other), and makes application as such for the Combined Federal Campaign.

We believe that the application of Food for the Hungry meets the requirements of 5 CFR 950.203, and of the 2006 CFC application and CFC Memorandum 2004-10.

FILED

AUG - 2 2006

NANCY MAYER WHITTINGTON, CLE
U.S. DISTRICT COURT

*Christian charities you know and trust*

---

8001 Braddock Road - Suite 310, Springfield, VA 22151  •  Phone: 703.764.3113  Fax: 703.764.3375  Web: www.csoa.org

Dan G. Blair
May 17, 2006
Page 2

We sincerely hope that you will reconsider the decision to deny participation of Food for the Hungry in the Combined Federal Campaign and will determine that the organization is eligible to participate as a member of Christian Service Charities.

We look forward to learning of your favorable decision in this regard at your earliest convenience. Thank you for your consideration.

Sincerely,

Jack Garber
Director of Member Services


Enclosure