**EXHIBIT D**

7-26-06; 5:44PM;                                                ;7037843375           # 2/ 3

07/25/06 TUE 17:24 FAX 202 606 5056         OPM CFC                              ☒006



**UNITED STATES**
**OFFICE OF PERSONNEL MANAGEMENT**
WASHINGTON, DC 20415-1000

OFFICE OF THE DIRECTOR

JUL 21 2006

Mr. Jack Garber
Director of Member Services
Christian Service Charities
8001 Braddock Road, Suite 310
Springfield, VA 22151

Dear Mr. Garber:

Pursuant to the authority delegated by the Director of the U.S. Office of Personnel Management (OPM), Linda M. Springer, I have completed a review of Christian Service Charities' appeal on behalf of eight member organizations be listed as a national/international charities for the 2006 Combined Federal Campaign. I am pleased to inform you that I am admitting Christian Blind Mission International, Inc and Samaritan's Purse. I am sustaining the decision to deny the applications of the Alcohol & Drug Recovery Fund, Awana Clubs International, Food for the Hungry, Life Teen, Inc., MOPS International, and The Navigators. The total number of member organizations approved for participation is 62.

Eligibility criteria regulations for CFC national organizations are set forth at 5 CFR §950.202 and §950.203. These regulations require that national and international applicants provide a schedule of real services, benefits, assistance, or program activities in at least 15 or more different states or one foreign country within the three year period immediately preceding the start of the campaign year to which it is applying.

These regulations also provide how to calculate the administrative and fundraising rate. They state that if the national applicant's administrative and fundraising expenses exceed 25 percent, then it must provide an explanation and formal plan to reduce these expenses below 25 percent. OPM may reject an application with fundraising and administrative expenses in excess of 25 percent, unless the organization demonstrates that its explanation and formal plan are reasonable under the circumstances.

The CFC regulations also require that each applicant organization individually meet all of the eligibility criteria and provide independent documentation (5 CFR §950.401(j)).

06 1370

**FILED**

AUG - 2 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

CON 131-54-4
September 2001

Page 2 of 3 received on 7/26/2006 5:52:55 PM [Central Daylight Time] for 7168222.

7-26-06; 5:44PM;                                                    ;7037643375            # 3/ 3

07/25/06 TUE 17:25 FAX 202 606 5056     OPM CFC                                      ☒007

Mr. Jack Garber
Page 2

Regarding Samaritan's Purse, the audit does not contain a separate audited combining or consolidating schedule that breaks out the information for the applicant organization. We understand from the organization's appeal letter dated June 9, 2006 that the affiliated entities represent a very small proportion of revenues and expenses and therefore we have determined that we will waive this requirement for this organization for this year only. Future submissions must include a separate audited schedule of financial information and CPA-provided reconciliation statement that reconciles the applicant's audited financial information to the information on the IRS Form 990.

The Office of CFC Operations will be contacting you via email (jack@christianservicecharities.org) with instructions on how to provide the 25-word statements that will appear with your federation's listing in the 2006 CFC brochure.

Best wishes for a successful 2006 campaign.

Sincerely,

Dan G. Blair
Deputy Director