**EXHIBIT E**

07/25/06 TUE 17:23 FAX 202 606 5056         OPM CFC                                                    ☒002



UNITED STATES
OFFICE OF PERSONNEL MANAGEMENT
WASHINGTON, DC 20415-1000

OFFICE OF THE DIRECTOR

JUL 25 2006

MacKenzie Canter, III, Esq.
Copilevitz & Canter, LLC
Attorneys at Law
1900 L Street, N.W., Suite 215
Washington, D.C. 20036

Dear Mr. Canter:

This responds to your July 19, 2006 letter to Dan. G. Blair, Deputy Director of the Office of Personnel Management (OPM) on behalf of the Christian Service Charities (CSC), Medical Research Charities (MRC) and Human Service Charities of America (HSCA). The Deputy Director has asked that I respond to your inquiry.

Your letter requests a meeting with Deputy Director Blair, to discuss a number of administrative appeals submitted by the above Combined Federal Campaign (CFC) participating federations on behalf of several of their member organizations. We are unable to arrange for a meeting with the Deputy Director during this very busy CFC eligibility decision making stage, when appeals are being reviewed from many national and local applicants. You can be assured that full attention to all the issues raised by these charities in their written appeals were carefully and fully considered, and the final administrative determinations regarding these charities were consistent with CFC eligibility criteria.

I can provide you with information regarding the status of the appeals which you have inquired about, as outlined in recent letters to MRC and CSC from the Deputy Director, copies enclosed.

Regarding your request for reconsideration of the application of The May Institute, which applied as a member of HSCA, the decision to sustain the denial of their application remains final for administrative purposes.

We hope that CSC, MRC, and HSCA now have a better understanding of the CFC eligibility criteria that will enable their member organizations to participate in future years.

CON 131-64-4
September 2001

Page 2

We encourage these charities to review "Suggestions for Attachment A" (www.opm.gov/cfc) and to attend our annual application training session for more information on how to best document the organizations' real services, benefits, assistance, and program activities.

Sincerely,

*[signature]*

Mara T. Patermaster, Director
Office of CFC Operations

Enclosures