FILED
AUG - 2 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FOOD FOR THE HUNGRY, INC., )
A California corporation )
1224 East Washington Street )
Phoenix, AZ 85034 )
　　　　　　　　　　　　　　　　　　)
　　　　　　　　Plaintiff, )
　　　　　　　　　　　　　　　　　　)
　　v. ) Civil Action No. **06 1370**
　　　　　　　　　　　　　　　　　　)
LINDA M. SPRINGER, )
In her capacity as Director of )
United States Office of )
Personnel Management )
1900E Street NW )
Washington, DC 20415-1000 )
　　　　　　　　　　　　　　　　　　)
　　　　　　　　Defendant. )

## NOTICE OF RELATED CASES

Plaintiff hereby provides notice of the following related cases:

　　Allergy & Asthma Network Mothers of Asthmatics v. Office of Personnel Mgmt., No. 1-06-cv-1335 CK-K

　　Michael J. Fox Fdn. For Parkinson's Research v. Office of Personnel Mgmt., No. 1-06-cv-1334 CK-K

　　The Navigators v. Office of Personnel Mgmt., No. 01-06-cv-1333 CK-K

　　The Sturge-Weber Fdn. V. Office of Personnel Mgmt., No. 1-06-cv-1332 CK-K

　　American Assn. of Kidney Patients v. Office of Personnel Mgmt., No. 01-06-cv-1331 CK-K

All these cases involve exclusion of charities from the Combined Federal Campaign. Although the reason plaintiff was excluded differs from the above cases, common issues of fact involving

the operation of the CFC and consequence of being excluded from it are in common.

Respectfully submitted,

/s/ Stephen S. Kaye

Stephen S. Kaye (D.C. Bar No. 292532)
Bryan Cave LLP
700 Thirteenth Street NW
Washington, D.C. 20005-3960
Phone: (202) 508-6000
Fax: (202) 508-6200

*Counsel for Plaintiff*