## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**FOOD FOR THE HUNGRY, INC.,**

     **Plaintiff,**

       **v.**

**LINDA M. SPRINGER, DIRECTOR OF THE UNITED STATES OFFICE OF PERSONNEL MANAGEMENT,**

     **Defendant.**

**Civil Action No.  06-1370 (JDB)**

## ORDER

In light of the representation by defendant at today's telephonic scheduling conference that the Office of Personnel Management will not release the National List for the 2006 Combined Federal Campaign before August 11, 2006, it is this 3rd day of August, 2006, hereby

**ORDERED** that the parties shall be available for a telephonic scheduling conference, to be initiated by the Court, at 11:00 a.m. on August 9, 2006, and it is further

**ORDERED** that, in the event that any party will need to be contacted at a phone number other than the one provided to the Court for today's conference, that party shall provide such phone number to chambers by not later than 10:30 a.m. on August 9, 2006.

          /s/ John D. Bates
          JOHN D. BATES
         United States District Judge

Copies to:

Stephen S. Kaye
BRYAN CAVE LLP
700 Thirteenth Street, NW
Washington, DC  20005-3960
Email: sskaye@bryancave.com

    *Counsel for plaintiff*


Mercedeh Momeni
OFFICE OF THE U.S. ATTORNEY FOR THE DISTRICT OF COLUMBIA
555 Fourth Street, NW
Washington, DC  20530
Email: mercedeh.momeni@usdoj.gov

    *Counsel for defendant*