UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FOOD FOR THE HUNGRY, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.06-1370 (JDB) |
| ) | ECF |
| ) | |
| LINDA M. SPRINGER, DIRECTOR OF ) | |
| THE UNITED STATES OFFICE OF ) | |
| PERSONNEL MANAGEMENT ) | |
| ) | |
| Defendant. ) | |
| ) | |

NOTICE OF APPEARANCE

THE CLERK OF THE COURT will please enter the appearance of Assistant United States Attorney Mercedeh Momeni as counsel of record for defendant, in the above-captioned case.

Respectfully submitted,

/s/

MERCEDEH MOMENI
Assistant United States Attorney
555 4th Street, NW
Washington, DC 20530
(202) 305-4851
(202) 514-8780 (facsimile)

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of August, 2006 I caused the foregoing Notice of Appearance to be served on plaintiff's counsel, via electronic mail.

_____/s/_____
MERCEDEH MOMENI
Assistant United States Attorney
555 4th Street, NW
Washington, DC 20530
(202) 305-4851
(202) 514-8780 (facsimile)